UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDDEN WINERIES, INC., <br> Plaintiff, <br> v. <br> MODERN HOUSE WINES LLC, <br> Defendant. | Case No. 18-cv-02174-SK <br><br> **ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE** |

On November 5, 2018, this Court held the initial case management conference, but counsel for Hidden Wineries, Inc. did not attend. Therefore, the Court issues this Order seeking a written response showing cause as to why counsel for Hidden Wineries, Inc. should not be sanctioned $250 for failing to appear. Counsel may file a written response on or before November 13, 2018.

**IT IS SO ORDERED**.

Dated: November 7, 2018

SALLIE KIM
United States Magistrate Judge